# Exhibit A



(317) 469-9725

Text Message
Yesterday 1:25 AM

YOU RAPED ME! You ruined my life. I filled a police report against you and I'm sending it to your business partners. You know what you did Joseph! I won't let you get away with this.

You know what you did!!

And everyone else will soon

360 E Market St #2705
Indianapolis, IN 46204



(833) 498-9420

Text Message
Today 5:49 PM

Hello. This message is for ▮▮▮▮▮. A protest will be held at your establishment, ▮▮▮▮▮ to protest women against violence and rape survivors. Your business partner, Joseph Giordano, has been accused of rape by a women he met at your establishment. We will be contacting local news outlets as well. We will protest until justice is served! NO MORE RAPES! NO MORE SILENCE!

